















```
AXC    7/12/01    7:54
3:01-CR-01967   USA V. DOMINGUEZ-MAROYOQUI
*9*
*CRMO.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. __RUDI M. BREWSTER__   DEPUTY CLERK: D. HARRIS   RECORDER: __S. DINSMORE__

| | | | |
|---|---|---|---|
| 01CR1967-B | U.S.A. | V | CARLOS DOMINGUEZ-MAROYOQUI (c)(i) 47016-198 |
| DISPO | | | JAMES GLEAVE, APPTD |
| INFO 1 CT 8 USC 1326 | | | AUSA: CAROL LEE |
| WAIVER 6-26-01 (BURNS) | | | |

GOV'T EXHIBIT 1 MARKED AND RETURNED
CHANGE OF PLEA GUILTY TO COUNT ___1___
DEFT ORALLY WAIVES PRE-SENTENCE REPORT
CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 10 MONTHS
SUPERVISED RELEASE FOR 3 YEARS
ASSESSMENT  $100 ORDERED REMITTED
FINE NONE

DATE __July 10, 2001__                  INITIALS: _____
                                                    DEPUTY